FRANK W. EHRMAN, an Infant, by Guardian, etc., Respondent,
v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued January 25, 1892; decided February 9, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 11, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Thomas S. Moore* for appellant.

*James D. Bell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

In the Matter of the Judicial Settlement of the Accounts of FIELDING L. WHITTEMORE, as Executor, etc.

(Submitted January 25, 1892; decided February 9, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 12, 1891, which affirmed a decree of the surrogate of Kings county, on settlement of the accounts of Fielding L. Whittemore, as sole survivor, executor and trustee under the will of John M. Whittemore, deceased.

*Howard R. Bayne*, special guardian for Virginia W. Green, appellant.

*Henry W. Gaines* for F. L. Whittemore, respondent.

*Stephen W. Gaines* for Maria L. Halsey et al., respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.